UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TODD M. GUERIN AND KIM E. GUERIN,     CIVIL ACTION
INDIVIDUALLY AND ON BEHALF OF
THEIR MINOR CHILD, MEGAN E. GUERIN     NUMBER: 03CV204-D-M2

VERSUS

CF INDUSTRIES, INC. AND ABC INSURANCE
COMPANY

### ANSWER AND REQUEST FOR JURY TRIAL

NOW INTO COURT, through undersigned counsel, comes defendant, CF INDUSTRIES, INC., who respectfully denies each and every allegation contained in plaintiffs' petition, and further answering states:

1.

The allegations of paragraph 1 are admitted as to status.

2.

The allegations of paragraphs 2, 3, 4, 6, 8 are denied for lack of sufficient information.

3.

The allegations contained in paragraphs 5, 7, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22 are denied.

4.

The allegations of paragraphs 9, 10 and 11 require a legal conclusion. However, to the extent it requires an answer, the allegations of paragraphs 9, 10 and 11 are denied as stated.

5.

The allegations of paragraph 21 do not require an answer from this defendant. "ABC Insurance Company" is a fictional entity, and therefore the allegations of paragraph 21 are denied.

6.

The allegations of paragraph 23 require no answer from this defendant. However, to the extent it requires an answer, the allegations of paragraph 23 are denied.

AND NOW FURTHER ANSWERING, this defendant states as follows:

7.

The defense of comparative fault is specifically alleged. Plaintiffs' recovery, if any, must be reduced in accordance with the principals of Louisiana Civil Code articles 2323 and 2324.

8.

In the event that Todd Guerin is determined to be a statutory employee of CF Industries, Inc., plaintiffs' recovery is barred.

9.

In the event that Todd Guerin is determined to be an independent contractor performing manual labor for CF Industries, Inc., plaintiffs' recovery is barred pursuant to La. R.S. 23:1032.

10.

In the event that CF Industries, Inc. is determined to be a manufacturer of urea as alleged in the petition, plaintiffs' exclusive recovery in tort (assuming plaintiffs' exclusive recovery is not pursuant to worker's compensation), will be pursuant to the Louisiana Products Liability Act, La. R.S. 9:2800.51 et seq. CF Industries, Inc. pleads all defenses implicit in that act.

11.

CF Industries reserves the right to amend this answer as more information becomes available in discovery.

12.

This defendant is entitled to and prays for a trial by jury.

WHEREFORE, defendant herein, CF INDUSTRIES, INC., respectfully prays that this answer be deemed good and sufficient and, after all due proceeding, judgment be rendered in favor of defendant, dismissing plaintiffs' suit, with prejudice, at their costs, or alternatively that any recovery allowed plaintiffs be reduced in accord with the percentage or degree of inattention/negligence/legal fault on the part of Todd Guerin, or on the part of other involved parties (and finally that all issues be tried before a civil jury).

Respectfully Submitted:

ATKINSON, PERRY, ATKINSON & BALHOFF, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (504) 767-7730
Facsimile: (504) 767-7967

BY: *[signature]*
John W. Perry, Jr. (10524)
Daniel J. Balhoff (18776)

## **CERTIFICATE**

I certify that a copy of the foregoing was mailed this date, postage prepaid, to:

Mr. William J. Mitchell, II
Locke Meredith, Sean Fagan & William Mitchell
1300 Millerville Road
Baton Rouge, LA 70816

Baton Rouge, Louisiana, this 13 day of March, 2003.

_____
DANIEL J. BALHOFF