FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2003 OCT 17 P 2: 48

SIGN_____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TODD M. GUERIN AND KIM E. GUERIN,          CIVIL ACTION
INDIVIDUALLY AND ON BEHALF OF
THEIR MINOR CHILD, MEGAN E. GUERIN          NUMBER:  03-204-D-M2

VERSUS

CF INDUSTRIES, INC. AND ABC INSURANCE
COMPANY

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiffs who move to dismiss

their suit, with prejudice, with each party to bear his/her/its own costs.

Respectfully submitted,

By:_____

William J. Mitchell, II
Locke Meredith, Sean Fagan & William
Mitchell
1300 Millerville Road
Baton Rouge, LA 70816
(225) 272-5300

| INITIALS | DOCKET# |
|---|---|
| SH | 6 |

